

**FILED**
7/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| RASHOD BETHANY | |

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about October 9, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

RASHOD BETHANY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock 29, 10mm caliber semiautomatic pistol, bearing serial number BZSK716, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of it;

In violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited consists of a Glock 29, 10mm caliber semiautomatic pistol bearing serial number BZSK716 and associated ammunition and magazine.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Michelle Petersen on behalf of the
UNITED STATES ATTORNEY